BENJAMIN BERNSTEIN v. ANNIE BERNSTEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply

with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.